# UNITED STATES DISTRICT COURT

for the

_____ District of _____

Vermont Division

| | |
|---|---|
| Roger Fuller | Case No. 2:25-cv-861 |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Federal Dept. of Labor (DOL), Nuclear Regulatory Commission (NRC) And (See Attached) | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

*Amended*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Roger Fuller |
| Address | 91 Ridgewood Rd |
| | Springfield, VT 05156 |
| | *City / State / Zip Code* |
| County | Windsor |
| Telephone Number | 860-908-8114 |
| E-Mail Address | rdfuller2756@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Deptment of Labor, Region 1 |
| Job or Title *(if known)* | Occupational Safety and Health Administration, (Whistleblower) |
| Address | JFK Federal Building, E-340 |
| | Boston, MA 02203 |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 617-565-9857 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Nuclear Regulatory Commission, Region 1 |
| Job or Title *(if known)* | Whistleblower Protection |
| Address | 475 Allendale Rd, Suite 102 |
| | King of Prussia, PA 19406-*1415* |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | 610-337-5000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Mr. Mark Bell
Job or Title *(if known)*: Whistleblower Investigator
Address: JFK Federal Building, Rm-340
Boston, MA 02203
City / State / Zip Code
County:
Telephone Number: 617-699-9073
E-Mail Address *(if known)*: Bell.Mark.J@dol.gov

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
Name: Ms. Nicole Warnek
Job or Title *(if known)*: Senior Allegation Coordinator
Address: 475 Allendale Rd. Suite 102
King of Prussia, PA 19406-*1415*
City / State / Zip Code
County:
Telephone Number: 610-337-6954
E-Mail Address *(if known)*: nicole.warnek@nrc.gov

[ ] Individual capacity   [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[✔] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   ··*See Attached*··

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

****See Attached****

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
1. Mr. Bell allowed for inconsistencies, as the lead investigator in my DOL investigation.

**2.** Ms. Warnek, as the senior Allegation Coordinator for the NRC refused to investigate my accusations of Whistleblower retaliation claims.

*** See Attached ***

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
1. The events in this claim occurred in Boston MA. 02203

2. The events in this claim occurred in King of Prussia, PA 19406-1415

3. My place prior residence in Bozrah CT and my current residents, Springfield, VT 05156

B. What date and approximate time did the events giving rise to your claim(s) occur?
1. Some of the events were with the investigation that ended with the secretary's findings on 11-8-2023.

2. Some of the events took place after this with regards to ALJ proceedings in 2023/24.

3. Some of the events are still unresolved. example FOIA request) going up to 8-1-25.
****See Attached****

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
**** See Attached****

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. 11-20-23 Severe case of Shingles across the right side of my face and head. Hartford Healthcare Gohealth Urgent Care Norwich CT. Medications prescribed. Follow up care 11-24-23 Hartford Healthcare Medical Group, Glastonbury CT.

2. 3-14-24 Hartford Healthcare Medical Group Glastonbury CT. Stress, Anxiety, Irritability, Problems Sleeping. Physician, Medication.

3. 8-2-24 Shortness of Breath, Tightness of Chest, Emergency Department Mary Hitchcock Memorial Hospital.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Due Process

2. Unspecified

```
```

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-23-25

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Roger Fuller

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

    *City*     *State*     *Zip Code*

Telephone Number: _____

E-mail Address: _____

# United States District Court

For the

District of Vermont

**Attachment for "Defendants"**

    A.    Federal Department of Labor
    B.    Nuclear Regulatory Commission
    C.    Mr. Mark Bell, Whistleblower Investigator (DOL)
    D.    Ms. Nicole Warnek, Senior Allegation Coordinator (NRC)

**Part II**

**Attachment for "Basis for Jurisdiction"**

**Item C**

I was denied my right to Procedural Due Process with regards to my Whistleblower Activities. I am also a victim of Obstruction of Justice.

**Item D**

1. Mark Bell was the DOL investigator. He engaged, encouraged and permitted acts of Infringement of Due Process.

2. Mark Bell also engaged in Obstruction of Justice. He engaged, encouraged and permitted the NRC and companies involved to do the same.

3. Nicole Warnek as the Senior Allegation Coordinator for the NRC, refused (a number of times) my request for investigations under the Whistleblower act. The actions or inactions could constitute infringement of Due Process rights as a whistleblower. By refusing, she allowed the companies to continue the chilling effect, intimidation, retaliation, and harassment.

4. Nicole Warnek engaged in Obstruction of Justice. With access to all documentation from both the DOL and myself, She and the NRC refused to intervene on my behalf.

1

**Part III**

**Attachment for "Statement of Claim"**

1. DOL Secretary's Findings (11-08-23), for Whistleblower complaint filed on 09-22-22 for Discrimination / Retaliation.

2. The investigator refused to add a second defendant to the complaint because they did not pay my wages. Second defendant ordered my removal from their site 04-06-22. Found with defendant's position statement 12-13-22. This was one adverse action that the NRC refused to investigate on my behalf stating that I was treated the same as others.

3. The investigator spoke to the respondent on 12-07-22. Respondent apologized for delay in sending position statement, stating that it would be sent by the COB 12-07-22. Didn't happen.

4. Follow up email sent to respondent 12-12-22, requesting position statement. He received it on the 12-12-22. I received it on 12-13-22. (Late)

5. The lead whistleblower investigator with the Department of Labor allowed the respondent in the investigation 33 days to respond to my amended complaint. (Should be 20 days) My amended complaint due and sent by 11-10-22. Respondent position statement received on 12-13-22.

6. The investigator refused to open a new complaint, adding it to the excising complaint with supervisor's approval. Complaint, (not Amended) sent to respondent (07-20-23) by investigator asking for position statement. I can find no other reference to this document. I never received the second position statement. Case closed, 11-08-23.

7. On 08-01-25, I submitted a FOIA request from the NRC on myself and my activities. After several emails and misunderstandings, I'm still waiting for a confirmation as to the standing of my narrowed down request. 10-22-25. These documents are related to myself and my protected activities which should be available at no charge.

8. ALJ proceedings. On 04-17-24, I received a position statement from a defendant. It was

2

due 4-8-24. When I questioned those involved, I was told that they were given an extension. I never received notified and no cause found. When I asked, I was then told on 5-16-24, they would personally send me a courtesy copy of all orders issued. I would receive a copy of any orders issued from someone on the Judges team.

9. 10-24-25, I am still waiting on FOIA requests from both the DOL and the NRC.

10. During the course of all the proceeding including the ALJ, the NRC has been kept apprised of and had excess to any and all documentation. At no time did they step into their own investigation with regards to the actions of the DOL, or companies' actions against myself.

11. On 12-10-2025 I received an email from the DOL with regards to a request for documentation. It says, If this case is dated back in 2013, then we wouldn't have this file anymore. The record would have been destroyed. This being said, I maybe the only one that has any records from file.

3

Original Complaint Cover Sheet

Part, VI. Cause of Action.

    (a) Cite the Civil Statute under which you are filing.

    18.U.S.C. 1510 Obstructing a Criminal Investigation

    (b) Brief description of cause.

    Infringed on Due Process with regards to Whistleblower Investigation.

Amended Complaint Cover Sheet

Part, VI. Cause of Action.

    (a)  Cite Statute under which you are filing.

    18.U.S.C. 1505 Obstruction of proceedings before departments, agencies, and committees.

    18U.S.C. 1512 Criminalizes harming, threatening, or influencing, witnesses or destroying evidence related to federal cases.

    18 U.S.C. 242 Deprivation of Rights Under Color of law.

    18 U.S.C. 73. 1519 Obstruction of Investigations by Destruction of Evidence.

    (b) Brief description of cause.

    Infringed on Due Process during Whistleblower Investigation and Settlement Agreement.

Original Complaint Cover Sheet

Part, VII. Requested in Complaint:

Jury Demand    Yes__    No_X

2

Amended Complaint Cover Sheet

Part, VII. Requested in Complaint:

Jury Demand   Yes_X   No_

Complaint for violation of Civil Rights

Page, 1 Jury Trial

(a) Original, Yes _ No X_

(b) Amended, Yes X_ No _

Page, 3. Defendant No. 4

Typo in address, Removed. (King of)

Page, 4. III Statement of Claim

A, (3)   Typo in address, anf replace with and

Part III

Attachment for "Statement of claims"

Added an additional claim (#11)

Respectfully,   Roger Fuller

*[signature]* 12-23-25