# United States DISTRICT COURT

For the district of

Vermont

Memorandum

To, United States District Court, District of Vermont

From, Roger Fuller, Plaintiff, Case # 2;25-CV-861

Date 11-31-2025,

Complaint Amendment

Question,   Should the court grant leave to plaintiff to amend complaint?

Answer,   Yes, the court has both the jurisdiction, and authority to grant the requested motion.

Fact,   Pursuant to Rule 15 of the Federal Rules of Civil Procedure

Fed. R. Civ. P. 15 (a)(2) Other Amendments, a party may amend it's complaint (with) the courts leave. The court should freely give leave when justice so requires.

Supreme Court decision on Foman vs Davis, The Supreme Court Decision emphasized that under rule 15.(a) leave to amend should be freely given when justice requires it, and denial without justifiable reason constitutes abuse of discretion.

Conclusion,  The court has the Jurisdiction, Authority, and the pursuant rule in which to grant this request. The court also has the Supreme Court decision on Foman vs Davis. (371-US178)

Roger Fuller
Pro Se

(1962)

12-23-25